Certificate Number: 05781-PAW-DE-041637498

Bankruptcy Case Number: 24-70137

05781-PAW-DE-041637498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2026, at 5:05 o'clock AM PST, Trudy Ferrante completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: November 4, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President